oapfnlrp(08/03)

**UNITED STATES BANKRUPTCY COURT**
**District of Maine**

Case No.:  15−20728
Chapter:  7

In Re:
   Greg E. Weston

**ORDER APPROVING TRUSTEE'S FINAL REPORT AND ACCOUNT AFTER DISTRIBUTION**

   The Trustee's Final Report and Account After Distribution having been submitted by the trustee to the United States Trustee, along with all canceled checks and ending bank statement(s) reflecting a zero ($0) ending bank balance in all estate accounts, and the same having initially been reviewed by the United States Trustee and filed with the Court without objection;

   **IT IS HEREBY ORDERED** that the trustee's Final Report and Account After Distribution is **Approved**, and further that the trustee is hereby discharged from his/her duties herein as trustee.

   **IT IS FURTHER ORDERED** that this proceeding will be closed in 30 days pursuant to 11 U.S.C.§350(a) and FRBP 5009.

**Dated: August 16, 2017**

/s/ Michael A. Fagone
**U.S. Bankruptcy Judge**